**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR D. PEREZ PEREZ,<br><br>            Petitioner,<br><br>   v.<br><br>DANIEL PARAMO, Warden,<br><br>            Respondent.| NO. SA CV 15-985-DMG(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, the records herein, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

     IT IS ORDERED that Petitioner's request for an evidentiary hearing is denied.

///

///

1    IT IS FURTHER ORDERED that Judgment be entered denying and
2 dismissing the Petition with prejudice.

4    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
5 the Magistrate Judge's Report and Recommendation and the Judgment
6 herein on Petitioner and counsel for Respondent.

8    LET JUDGMENT BE ENTERED ACCORDINGLY.

10 DATED:  July 29, 2016

                             _____
                                      DOLLY M. GEE
                             UNITED STATES DISTRICT JUDGE

2